IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: **8:19CB7** |
| Plaintiff, | Violation No.: **6483914 NE14** |
| vs. | **ORDER TO APPEAR** |
| **Kermit Kellogg** | |
| Defendant. | |

You are ordered to appear for your next court hearing on **November 26**, 20**19** at **9:00** a.m. in Courtroom No. 7 at the Roman L. Hruska Federal Courthouse, 111 S. 18th Plaza, Omaha, Nebraska.

Failing to appear in court as directed may result in a warrant being issued for your arrest. You may be subject to an additional charge of Failure to Appear or a finding of Contempt of Court. Each of these may be punishable by a term of imprisonment, a fine or both.

Dated this **29** day of **October**, 20**19**.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge

Defendant hereby acknowledges receipt of this Order and promises to appear at the date and time above.

**10/29/19**
Date

*Kermit Kellogg Jr.* (signature)
Defendant